517 A.2d 949

**In re INVESTIGATING GRAND JURY OF CHESTER COUNTY, Pennsylvania.**

**Subpoena of Joseph P. GREEN, Jr.**

Argued June 4, 1986.

Decided Nov. 18, 1986.

Samuel C. Stretton, West Chester, Joseph P. Green, Jr., Norristown, for petitioner.

Joseph W. Carroll, III, Glenmore, for respondent.

Carmen P. Belefonte, Media, Pennsylvania, trial lawyers, intervenor.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this sixth day of November, 1986, in light of the resolution of the criminal case of James L. Christie, the issue concerning the contempt citation entered against Joseph P. Green, Esq., is remanded to the Court of Common Pleas of Chester County for reconsideration.